IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number: 6:13-747 |
| ) | |
| vs. ) | |
| ) | |
| BOBBY MOSLEY, SR. ) | |
| J. MICHAEL CALDWELL ) | |
| GATEWAY SYSTEMS, LLC ) | |
| GATEWAY GAMING, LLC ) | |
| FRONTIER SOFTWARE ) | |
|    SYSTEMS, LLC ) | |
| FRONTIER GAMING, INC. ) | |

**<u>GOVERNMENT'S BILL OF PARTICULARS FOR
FORFEITURE OF PROPERTY</u>**

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment") filed August 14, 2013, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of any of the above-Defendants for one or more felony violations of Title 18, United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of any and all property, real or personal, constituting or derived from proceeds the Defendants obtained directly or indirectly as a result of such violations, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1); any property, including money, involved in violation of the provisions of 18 U.S.C. § 1955 and 1956, or equivalent substitute assets pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

1

**Funds from Bank Accounts**

**(Commercial Bank Accounts)**

1. Alexander Investment Properties, account no. xxxxx7558, in the name of J. Michael Caldwell, seized 10/9/2013, in the amount of $10,737.30

2. Atlantic Edge LLC, account no. xxxxx8333, in the name of J. Michael Caldwell, seized 10/9/2013, in the amount of $12,000.00

3. Autumn Blaze Diversified, account no. xxxxx5784, in the name of J. Michael Caldwell, seized 10/9/2013, in the amount of $485.00

4. BBB Ventures LLC, account no. xxxxx8184, in the name of Bobby G Mosley Sr., seized 10/9/13, in the amount of $84,571.36

5. Best Amusement Inc., account no. xxxxx2691, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $150,386.01

6. Best Gaming Illinois, account no. xxxxx8473, in the name of J. Michael Caldwell, seized 10/9/2013, in the amount of $173,835.21

7. Best Times LLC, account no. xxxxx8176, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $66,499.27

8. Bestcheck Inc., account no. xxxxx1577, in the name of Starita Mosley, seized 10/9/2013, in the amount of $552.92

9. bluCat Software Florida LLC, account no. xxxxx7020, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $17,201.78

10. bluCat Software North Carolina LLC, account no. xxxxx7095, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $1,134.66

11. Blue Streak Bids LLC, account no. xxxxx8556, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $12,097.29

12. Blue Streak Holding Co, account no. xxxxx6022, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $9,460.00

13. Bobby G Mosley Sr., account no. xxxxx0266, in the name of Bobby G Mosley Sr./ Starita Mosley, seized 10/9/2013, in the amount of $798,785.19

14. BSD Ventures LLC, account no. xxxxx8168, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $20,485.70

15. Cardinal Xpress LLC, account no. xxxxx7038, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $21,974.48

16. Crimson Sky LLC, account no. xxxxx7293, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $66,346.15

17. Discount Amusements Inc., account no. xxxxx1809, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $3,773.78

18. Dixie Land Company LLC, account no. xxxxx7871, in the name of Bobby G Mosley Sr / Starita Mosley, seized 10/9/2013, in the amount of $18,255.22

19. Enterprise Performance Solutions, account no. xxxxx7608, in the name of Robert A. Mashburn (Gateway Employee), seized 10/9/2013, in the amount of $132,881.87

20. Flint Systems LLC, account no. xxxxx6113, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $54,637.61

21. Frontier Alaska LLC, account no. xxxxx7301, in the name of Bobby G. Mosley Sr., seized 10/9/2013, in the amount of $1,185.90

22. Frontier California, account no. xxxxx8572, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $18,412.87

23. Frontier Florida LLC, account no. xxxxx8523, in the name of Bobby G Mosley Sr.,seized 10/9/2013, in the amount of $12,666.09

24. Frontier Kentucky LLC, account no. xxxxx7178, in the name of Bobby G. Mosley Sr., seized 10/9/2013, in the amount of $4,571.30

25. Frontier Maryland LLC, account no. xxxxx8499, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount $1,699.04

26. Frontier Michigan, account no. xxxxx7368, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $1,000.00

27. Frontier Missouri, account no. xxxxx8531, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $9,576.08

28. Frontier NC LLC, account no. xxxxx7954, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the name of  $1,245,595.46

29. Frontier New Jersey, account no. xxxxx8457, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $1,000.00

30. Frontier New York LLC, account no. xxxxx8598, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $103,368.52

31. Frontier Ohio LLC, account no. xxxxx8465, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $37,813.10

32. Frontier Pennsylvania LLC, account no, xxxxx7327, in the name of  Bobby G Mosley Sr., seized 10/9/2013, in the amount of $8,882.46

33. Frontier SC LLC, account no. xxxxx8432, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $41,963.16

34. Frontier Software Systems Inc. Escrow, account no. xxxxx7988, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $680,081.88

35. Frontier Software/Frontier Gaming, account no. xxxxx2948, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $669,018.44

36. Gateway 2 Gaming LLC, account no. xxxxx8374, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $13,056.03

37. Gateway Gaming/Gateway Systems, account no. xxxxx1981, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $1,119,398.52

38. J Michael Caldwell, account no. xxxxx9667, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $436,375.56

39. Maverick System LLC, account no. xxxxx8358, in the name of J Michael Caldwell / Starita Mosley, seized 10/9/2013, in the amount of $77,524.74

40. MREAD, account no. xxxxx8227, in the name of Bobby G Mosley Sr / Starita Mosley, seized 10/9/2013, in the amount of $133,441.32

41. Red Baron Aviation LLC, account no. xxxxx8234, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $45,703.37

42. Silver Creek LLC, account no. xxxxx1973, in the name of Bobby G Mosley Sr / J Michael Caldwell, seized 10/9/2013, in the amount of $17,444.38

43. Silver Sky Systems LLC, account no. xxxxx8424, in the name of J Michael Caldwell / Starita Mosley, seized 10/9/2013, in the amount of $9,511.44

44. Sonik Florida, account no. xxxxx7996, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $25,697.30

45. Sonik Kentucky LLC, account no. xxxxx7087, in the name of Bobby G. Mosley Sr, seized 10/9/2013, in the amount of $823.58

46. Sonik LLC, account no. xxxxx8341, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $297,939.32

47. Sonik Maryland LLC, account no. xxxxx7376, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $1,000.00

48. Sonik Missouri LLC, account no. xxxxx8481, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the name of $1,551.83

49. Sonik NC LLC, account no. xxxxx8309, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $16,033.12

50. Sonik New Jersey LLC, account no. xxxxx7335, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $1,000.00

51. Sonik New York LLC, account no. xxxxx7343, in the name of Bobby G Mosley Sr., seized 10/9/2013, in the amount of $7,491.10

52. Sonik Ohio LLC, account no. xxxxx7970, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $20,310.93

53. Sonik Pennsylvania, account no. xxxxx8580, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $1,000.00

54. Sonik SC LLC, account no. xxxxx7947, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $2,263.12

55. Sonik Texas LLC, account no. xxxxx8416, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $17,717.24

56. Starita Mosley Irrevocable Trust, account no. xxxxx2472, in the name of Bobby G Mosley Sr, seized 10/9/2013, in the amount of $2,481.74

57. Tribal Holding Co LLC, account no. xxxxx7269, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $4,000.00

58. Winter Sky, account no. xxxxx6006, in the name of Bobby G. Mosley Sr, seized 10/9/2013, in the amount of $183,824.84

59. Xavier Air LLC, account no. xxxxx8226, in the name of J Michael Caldwell, seized 10/9/2013, in the amount of $40,906.98

   (**Merrill Lynch Bank Accounts**)

60. Alexander Investment Properties, LLC, account no. xxx-x2067, in the name of J Michael Caldwell and Leslie Caldwell, seized 10/8/2013, in the amount of $16,991,140.11

61. Alexander Investment Properties, LLC, account no. xxx-x7125, in the name of J Michael Caldwell and Leslie Caldwell, seized 10/8/2013, in the amount of $19,451,735.36

62. ALLO, LLC, account no. xxx-x7113, in the name of J Michael Caldwell and Leslie Caldwell, seized 10/8/2013, in the amount of $2,543,292.54

63. Best Star, LLC, account no. xxx-x2011, in the name of Bob and Starita Mosley, seized 10/8/2013, in the amount of $20,514,837.37

64. Bob Mosley and Starita Mosley, account no. xxx-x2373, in the name of Bob and Starita Mosley, seized 10/8/2013, in the amount of $621,709.88

65. J Michael Caldwell Leslie Caldwell, account no. xxx-x1590, in the name of J Michael Caldwell and Leslie Caldwell (Trustee), seized 10/8/2013, in the amount of $697,646.58

66. Keith Gray FAO Best Star, LLC, account no. xxx-x7121, in the name of Bob and Starita Mosley, seized 10/8/2013, in the amount of $10,206,975.97

67. Keith Gray FAO Bob Mosley IRA, account no. xxx-x0566, in the name of Bob and Starita Mosley, seized 10/8/2013, in the amount of $140,907.69

68. Keith Gray FAO Starita Mosley IRA, account no. xxx-x0565, in the name of Starita Mosley, seized 10/8/2013, in the amount of $89,172.63

69. Keith Gray FAO Starita Mosley Trust, account no. xxx-x2290, in the name of Keith Gray  (Fiducary), seized 10/8/2013, in the amount of $3,939,529.18

70. Keith Gray TTEE U/A DTD Bob Mosley, account no. xxx-x2289, in the name of Keith Gray (Trustee), seized 10/8/2013, in the amount of $3,924,338.93

71. No Egrets LLC, account no. xxxx-7571, in the name of Michael Caldwell, seized 10/9/2013, in the amount of $157,051.72

**Vehicles:**

1. 2012 Land Rover, Range Rover HSE Luxury Vin: SALMF1E41CA391071, Tag No. GPJ511, Titled to Jerome Michael Caldwell, seized 10/9/2013

2. 2012 Land Rover, Range Rover Evoque, Vin: SALVR2BG5CH658266, Tag HKI159, Titled to Leslie D Caldwell, seized 10/9/2013

3. 2013 Mercedes, GL 550, Vin: 4JGDF7DE1DA148037, Tag No.  IXM884, Leslie D Caldwell, seized 10/9/2013

4. 2011 BMW, X3, Vin: 5UXWX7C50BL733218, Tag No. IIH750, Titled to Best Times LLC (Bobby Mosley), seized 10/9/2013

5. 2012 Mercedes, S 550 V, Vin: WDDNG7DB4CA422816, Tag No.  IHD197, Titled to Best Times LLC (Bobby Mosley), seized 10/9/2013

6. 2003 Ford, F250, Vin: 1FTNW21P03EC39437, Tag No. IEL976, Titled to Best Times LLC (Bobby Mosley), seized 10/9/2013

7. 2010 Chevrolet Camaro, Vin: 2G1FT1EWXA9166286, Tag No. FVL223, Titled to Leslie D Caldwell, seized 10/9/2013

8. 2009, Maserati, Gran Turismo, Vin: ZAMGJ45A990044267, Tag No. IBF879, Titled to Leslie D. Caldwell, seized 10/9/2013

9. 2011, Ford, F150 Supercrew, Vin: 1FTFW1EF5BFA55247, Tag No. HFB194, Titled to Jerome Michael Caldwell, seized 10/9/2013

10. 2005, HD, FLSTNI DOM, Vin: 1HD1JDB195Y079495, Tag No. ZW6926, Titled to Bobby Mosley, seized 10/9/2013

11. 2010, Chevrolet, Corvette, Vin: 1G1YN2DT8A5800272, Tag No. JKJ345, Titled to Jerome Michael Caldwell, seized 10/9/2013

12. 1951, HD, MC, Tag No. J4Y, Vin: 51FL4525, Titled to William C. Steele Jr, seized from Bobby Mosley Sr. residence, seized 10/9/13 (Original Title signed by the seller William Steele Jr., found in Bobby Mosley Sr. residence.)

13. 2008 Isuzu HD Box Truck, Vin: JALC4W16887005410, Tag No. IEL977, Titled to Best Times, LLC, seized 10/11/2013

### Aircraft:

1. BB-461, 1979, Beechcraft, Super King Air 200, N313CT, Xavier Air LLC Red Baron Aviation LLC, $1,300,000.00, seized 10/11/2013

### Cash:

1. $53,422.00 in U.S. Currency, seized from Bobby Mosley Sr. residence, seized 10/9/13
2. $7,808.00 in U.S. Currency, seized from J. Michael Caldwell residence, seized 10/9/13
3. $1,331.00 in U.S. Currency, seized from warehouse located at 1243 Piedmont Hwy, Greenville, SC, seized 10/9/13
4. $40,000 in U.S. Currency, seized from Commercial Bank safe deposit box number 379, Lessees Bobby Mosley Jr. and Starita Mosley, seized 10/24/13
5. $150,156.00 in U.S. Currency, seized from Commercial Bank safe deposit box number 405, Lessees Bobby Mosley Jr. and Starita Mosley, seized 10/24/13

### Personal Property:

*(Seized from Bobby Mosley Sr. residence on 10/9/13)*

1. Silver in color ring with clover leaf pattern, seized from Bobby Mosley Sr. residence, seized 10/9/2013

2. Silver in color ring, oval shape, with 1 clear center stone, seized from Bobby Mosley Sr. residence, seized 10/9/13
3. Silver color watch labeled "Rolex" (women style), seized from Bobby Mosley Sr. residence, seized 10/9/13
4. Gold in color pocket watch labeled "Tissot Swiss", seized from Bobby Mosley Sr. residence, seized 10/9/13
5. Silver in color watch labeled "Rolex", serial number 16233, seized from Bobby Mosley Sr. residence, seized 10/9/13
6. Silver in color watch labeled "Rolex" – Winner/Daytona, seized from Bobby Mosley Sr. residence, seized 10/9/13
7. Gold in color watch labeled "Seiko Kinetic", serial number 113224, seized from Bobby Mosley Sr. residence, seized 10/9/13
8. Silver in color watch labeled "Seiko Perpetual Calendar", serial number 220422, seized from Bobby Mosley Sr. residence, seized 10/9/13
9. Gold in color watch labeled "Seiko Quartz" with black face, serial number 212040, seized from Bobby Mosley Sr. residence, seized 10/9/13
10. Gold in color watch labeled "Seiko Quartz" with gold face, serial number 741607, seized from Bobby Mosley Sr. residence, seized 10/9/13
11. Gold in color watch labeled "Seiko Quartz" with gold face and a date display, serial number 525952, seized from Bobby Mosley Sr. residence, seized 10/9/13
12. Gold in color watch labeled "Pulsar", seized from Bobby Mosley Sr. residence, seized 10/9/13
13. Silver in color watch band, seized from Bobby Mosley Sr. residence, seized 10/9/13

**(Seized from J. Michael Caldwell residence on 10/9/13)**

14. Black Breitling Swiss Watch, Serial A733101322114
15. Black Breitling Swiss Watch Limited Edition 602 / 2000, Serial M44359 2508127
16. Silver/Gold Tag Heuer Swiss Watch, Serial EWC1911
17. Silver Seiko Kinetic Watch, Serial 5D44-OAAO
18. Silver Rolex Watch
19. Silver Tag Heuer Swiss Watch, Serial RAY3584 CAJ2110
20. Black Breitling Swiss Watch With Orange Face – Limited Edition 458 / 1000, Serial A26364
21. Black Tag Heuer Swiss Watch, Serial CAV51B
22. Black Omega Watch With Orange Face
23. Silver/Gold Breitling Swiss Watch, Serial CB0420
24. Silver Breitling Swiss Watch, Serial A13362 2424049
25. Silver Breitling Swiss Watch, Serial Ab0410 3070619

26. Silver Breitling Swiss Watch With Blue Face, Serial A13380 2388575
27. Black Breitling Swiss Watch Limited Edition 473 / 1000, Serial M47362 2573537
28. Silver Breitling Swiss Watch With Blue Face, Serial A49350 1121723
29. Silver/Gold Breitling Swiss Watch, Serial IB0110 3051154
30. Silver Breitling Swiss Watch With Blue Face, Serial A173990 1159444
31. Silver Tag Heuer Swiss Watch With Blue Face, Serial CAF7012 EEE3806
32. Silver Raymond Weil Swiss Watch, Serial V763673
33. Black Lumi-Nox Swiss Watch, Serial 3080
34. Black Casio G-Shock Watch
35. Black Citizen Eco Drive Watch
36. Black Leather Watch Case – Holding 6 Watches
37. Black Seiko Watch With Orange Face, Serial 850614
38. Silver Citizen Eco Drive Watch, Serial 400532
39. Silver/Black Citizen Eco Drive Watch, Serial 870427
40. Black Citizen Eco Drive Watch, Serial 910112
41. Black/Silver Citizen Eco Drive Watch, Serial 821495
42. Silver Citizen Eco Drive Watch, Serial 720147
43. Black Watch Holders (16)
44. Men's Gold Wedding Band With Diamonds
45. Men's Silver/Gold Wedding Band With Diamonds
46. Silver Seiko Watch, Serial 121179
47. Silver Seiko Kinetic Watch, Serial 876511
48. Silver Seiko Kinetic Watch, Serial 033336
49. Silver Seiko Watch, Serial 553658
50. Silver Seiko Watch, Serial 784664
51. Gold Seiko Watch, Serial 324439
52. Silver Seiko Watch, Serial 304120
53. Silver Seiko Watch, Serial 615315
54. Silver Seiko Watch, Serial J38685
55. Silver Seiko Watch, Serial 155015
56. Silver Esq Swiss Watch, White Face, Serial E5346
57. Silver Esq Swiss Watch, Black Face, Serial E5079
58. Silver Esq Swiss Watch, Blue Face, Serial E5388
59. Black Tag Heuer Watch, Serial CAH1012 EEM0432
60. Silver Tag Heuer Watch, Serial WN1110 TF8561
61. Silver Tag Heuer Watch, Serial WJ1111 TV8229
62. White Tag Heuer Watch, Serial Wah1215-0 EBT4289
63. Square Silver Cluster Diamond Ring
64. Silver Ring With Multi-Colored Stones
65. Round Gold Ring With Diamonds And Onyx

66. Silver Ring With Black & White Design
67. Gold Ring With Blue/Green Stones
68. Silver Ring With Large Sapphire Stones And Diamonds
69. Gold Ring With Flower Design & Green Stones
70. Gold Ring With Flower Design & Blue Stones
71. Silver Ring With Frost Diamond And Saphire Stones
72. Silver Ring With Small Diamonds
73. Gold Ring With Mesh Design
74. Silver Ring With Baggat Diamonds
75. Silver Ring With Pearls, Diamonds, And Large Blue Stone
76. Silver Ring With Square Blue Stone And Diamonds
77. Silver Ring With Large Dark Blue Stone
78. Silver Ring With Large Pearl & Diamonds
79. Silver Ring With Round Green Stone And Diamonds
80. Silver Band With Diamonds & Blue Stones
81. Silver Wedding Ring With Square Smoke Diamond
82. Silver/Gold Ring With Black & White Circle Design
83. Silver Clemson University Class Ring
84. Silver Band Ring With Heart Design
85. Silver And Black Earrings
86. Joseph Ii / Limited Edition 4810 Mont Blanc Fountain Pen, In Box
87. 2008 Ultimate Silver Eagle Dollar Collection (5 Coins In Wooden Box)
88. William Henry Knife - B11 Ag1 Exclusive
89. William Henry Knife - B06 TAT

**Real Property:**

1. 910 Frontage Road
   Greenville, SC
   Greenville County
   Titled to: Mosley Real Estate and Development, Inc.
   TMS: WG10060100205
   ALL that piece, parcel or tract of land, with improvements thereon, shown as Lots I, 2, and 3 on Plat recorded in the RMC Office for Greenville County, S.C., in Plat Book J, Page 125, said lots being located west of Highway 20 (Piedmont Highway) consisting of 5.61 acres, more or less, in the County of Greenville, State of S. C., and shown on the Greenville County Tax Maps for 1973 as Lots 6, 7, and 8 on Sheet WG 6.2 Block 2.

This is the same property conveyed to the Grantor herein by Deed of Robert P. Seibel and Nancy M. Seibel dated August 30, 1991 and recorded on September 3, 1991 in the RMC Office for Greenville County, South Carolina in Deed Book 1447 at Page 78.

This property is conveyed subject to rights-of-way, easements, restrictive covenants, setback lines, public roads and conditions of record and actually existing on the ground affecting said property hereinabove described.

2. 910 Frontage Road (acreage)
   Greenville, SC
   Greenville County
   Titled to: Mosley Real Estate and Development, Inc.
   TMS: WG10060100208
   All that piece, parcel or tract of land situate, lying and being in the State of South Carolina, County of Greenville, being shown and designated as 11.11 Acres on plat prepared by J. Don Lee, P .E. and L. S. No. 2079 dated December 31, 1996 recorded in the RMC Office for Greenville County, South Carolina in Plat Book 34-Q at Page 68, reference to said plat is hereby craved for the metes and bounds thereof.

   This is the same property conveyed to the Grantor herein by Deed of Norman S. Garrison dated September 6, 1995 and recorded on September 7, 1995 in the RMC Office for Greenville County, South Carolina in Record Book 1622 at Page 488.

   This property is conveyed subject to rights-of-way, easements, restrictive covenants, setback lines, public roads and conditions of record and actually existing on the ground affecting said property hereinabove described.

3. 920 Frontage Road
   Greenville, SC
   Greenville County
   Titled to: Mosley Real Estate and Development, Inc.
   TMS: WG10060100207
   All that piece, parcel or tract of land situate, lying and being in the State of South Carolina, County of Greenville, being shown and designated as 11.11 Acres on plat prepared by J. Don Lee, P.E. and L. S. No. 2079 dated December 31, 1996 recorded in the RMC Office for Greenville County, South Carolina in Plat Book 34-Q at Page 68, reference to said plat is hereby craved for the metes and bounds thereof.

   This is the same property conveyed to the Grantor herein by Deed of Norman S. Garrison dated September 6, 1995 and recorded on September 7, 1995 in the RMC Office for Greenville County, South Carolina in Record Book 1622 at Page 488.

This property is conveyed subject to rights-of-way, easements, restrictive covenants, setback lines, public roads and conditions of record and actually existing on the ground affecting said property hereinabove described.

4. 5029 Hall Road
   (102.15 acres)
   Anderson, SC 29621
   Titled to: M.R.E.A.D., Inc.(Mosley Real Estate and Development, Inc.)
   TMS: 209-00-06-004
   ALL that certain piece, parcel or lot of land situate, lying and being in School District No. l5, Martin Township, Anderson County, State of South Carolina, being shown and designated as 102.15 acres, more or less, on that certain plat by Anderson Surveying Associates, Inc., Don M. Kelly, Surveyor, PLS No. 9318, recorded in the Register of Deeds Office for Anderson County, South Carolina In Plat Slide 1699 at Page 1. Also see a more recent survey by William H. Campbell, Jr., Surveyor, RLS#9755, dated April 6, 2012 and recorded in aforesaid Register's Office in Plat Slide S1948. at Page 9. For a more complete description as to metes, bounds, courses, and distances reference to said plats is hereby invited which Is incorporated herein by reference thereto.

   This conveyance is specifically made subject to any and all recorded rights-of-way, easements, encroachments, conditions, restrictions, and zoning ordinances pertaining to the property herein conveyed and, in addition, Is subject to any of the foregoing which may appear from an inspection of the premises and/or which may appear according to a current survey.
   This being a portion of that same property conveyed unto Edwin E. Moore and Christine B. Moore by Deed of Ellis B. Drew, Jr., as Master in Equity for Anderson County dated September 12, 2003 and recorded September 23, 2003 in the Register of Deeds Office for Anderson County, South Carolina in Book 5747 at Page 266.

5. 1731 Piedmont Hwy
   Piedmont, SC
   Greenville County
   Titled to: Mosley Real Estate and Development, Inc.
   TMS: WG09000300500
   ALL that lot of land on the west side of Piedmont Highway, near the City of Greenville, in Greenville County, South Carolina, being shown as Lot 9 on Plat of Property of W. W. Griffin, recorded in the RMC Office for Greenville, South Carolina, in Plat Book J, Page *55,* reference to said plat being herewith craved for a metes and bounds description thereof.

   This is the same property conveyed to the Grantor herein by Deed of James W. Edmonds and Teresa Kay Edmonds dated June 2, 1994 and recorded on June

3, 1994 in the RMC Office for Greenville County, South Carolina in Deed Book 1566 at Page 433.

This conveyance is made subject to any restrictions, zoning ordinances, rights-of-way, easements (including, but not limited to, the Southern Railway right-of-way) that may appear of record, on the recorded plat, or on the premises hereinabove described.

6. 1644 Piedmont Hwy
   Piedmont, SC
   Greenville County
   Titled to: Bobby and Starita Mosley
   TMS: WG08.00-04-005-00
   ALL that piece, parcel or lot of land with improvements thereon, located in the County of Greenville, State of South Carolina, situate, lying and being on the eastern side of South Carolina Highway 20 (Piedmont Highway) and being known and designated as Lot *5* on a plat entitled Survey for Realistic Builders, Inc., recorded in the RMC Office for Greenville County in Plat Book M at Page 151, reference to said plat being herewith craved for a metes and bounds description thereof.

   This is the same property conveyed to the Grantor, Pauline Taylor, herein by deed of James S. Cooley, dated April 26, 1985 and recorded on May 3, 1985 in the RMC Office for Greenville County, South Carolina in Deed Book 1238 at Page 768; and this also being the same property conveyed to the Grantor, William Taylor, herein by deed of Pauline Taylor dated December 20, 2000 and recorded on December *27*, 2000 in the Office of the Register of Deeds for Greenville County, South Carolina in Deed Book 1937 at Page 133.

7. 1642 Piedmont Hwy
   Piedmont, SC
   Greenville County, SC
   Titled to: Mosley Real Estate and Development, Inc.
   TMS: WG08000400600
   ALL that piece, parcel or lot of land with improvements thereon, located in the County of Greenville, State of South Carolina, situate, lying and being on the southeastern side of S. C. Highway 20 (Piedmont Highway) and being known and designated as Lot #6 on a plat entitled Surveyor for Realistic Builders, Inc., recorded in RMC Office for Greenville County, in plat Book M at Page 151, reference to said plat being herewith craved for a metes and bounds description thereof.

   This is the same property conveyed to the Grantor herein by Deed of Bobby Gene Mosley dated May 3, 1985 and recorded on May 29, 1985 in the RMC Office for Greenville County, South Carolina in Deed Book 1240 at Page 435.

This property is conveyed subject to rights-of-way, easements, restrictive covenants, setback lines, public roads and conditions of record and actually existing on the ground affecting said property hereinabove described.

8. Lee Road
   Anderson, SC
   Anderson County
   Titled to: Bobby Mosley
   TMS: 006-01-01-015 and 006-01-01-016
   All that certain piece, parcel or lot of land lying and being situate in the State of South Carolina, County of Anderson, about one mile south of Highway #I-85, and containing one (I) acre, more or less, and more fully described as follows according to a plat by James C. Stevenson, L.S. 2554, dated November 5, 1962:

   "BEGINNING at an iron pin on line of the United States of America (Hartwell Reservoir), common corner with two-acre tract conveyed by the grantor to Ellison November 3, 1962, and running thence with the United States of America N70-10W 200 feet to an iron pin; thence continuing with the United States of America (Harwell Reservoir) N27-40E 215 feet to an iron pin: thence with the lands of the Grantor S70-10E 170 feet to an iron pin in the center of an old road; thence with Ellison line S19-50W 215 feet to the BEGINNING corner."

   THIS IS property conveyed to Leo R. Smith and Barbara Hicks by deed of L. E. Glenn dated November 5, 1962, recorded in Deed Book 13-H. page 484 in the office of the Register of Deeds for Anderson County, SC.

   *AlSO:* "All that certain piece, parcel or lot of land lying and being situate one mile South of 1-85 near Fairplay in Anderson County, South Carolina, containing one (I) acre, more or less, and being more accurately described on plat of property prepared by D.F.Chalker, Registered Surveyor, as follows:

   "BEGINNING at an iron pin and proceeding S72-47E a distance of 170.0 feet to an iron pin; and proceeding thence S26-16W a distance of 260.0 feet to an iron pin; and proceeding thence N72-38W a distance of 171.2 feet to an iron pin; and proceeding thence N26-30E a distance of 260.0 feet to the point of BEGINNING, and surrounded by property of U.S. Government and Glenn Smith. For plat See Plat Book 54, page 202."

   THIS IS property conveyed to Leo R. Smith and Barbara Hicks by deed of Ernest Glenn dated April, 1963, recorded on April 22, 1963 in Deed Book 13-M, page 474 in the office of the Register of Deeds for Anderson County, SC.

9. 114 Keowee Club
   Townville, SC
   Anderson County
   Titled to: Bobby G. Mosley, Sr.

15

TMS: 028-06-02-012

ALL that piece parcel or lot of land in Fork Township, Anderson County, State of South Carolina, on the southerly side of South Carolina Highway No. 24, adjoining lands of the United States (acquired for the Hartwell Reservoir), being known and designated as Lot No. 13, according to plat of property of Keowee Club, Ltd., prepared by R.K. Campbell, January 10, 1962, recorded in the Office of the Clerk of Court for Anderson County in Plat book 47, at Page 297, and having according to said plat, the following metes and bounds, to-wit:

BEGINNING at a point on the westerly side of an unnamed private road, joint corner of Lots 13 and 14 and running thence along the joint line of said lots, S. 83-50 W., 140 feet to a point; thence still along joint line of Lots 13 and 14, S. 28-36 W., 362.1 feet to a point; thence turning and running N. 64-14 W., 238.5 feet to a point, joint corner of Lots 11 and 13; thence along the joint line of said lots, N. 27-02 E., 491.4 feet to a point, joint corner of Lots 11, 12 and 13; thence along the joint line of Lots 12 and 13, N. 83-50 E., 280 feet to a point on the westerly side of said private road, thence along the westerly side of said private road, S. 6-10 E. 240 feet to the point of beginning.

This being the same property acquired by Grantors by deed of Gran-Gran, a Limited Partnership, recorded in the Anderson County ROD Office in Deed Book 6978 at Page 116 on September 29, 2005.

10. 302 Courtney Street Ext.
    Anderson, SC
    Anderson County
    Titled to: Mosley Real Estate and Development, Inc.
    TMS: 244-07-01-003-000
    ALL that piece, parcel or lot of land in Williamston Township, Anderson County, State of S. C., and being described as follows: BEGINNING at a nail in center of surface-treated road, the Northeast corner, the same being Duckworth corner, South 8-I5 West Three Hundred Seven (307) feet to iron pin, thence South 59-53 West Two Hundred Thirty-seven and Eight-tenths (237 .8) feet to iron pin, J. C. Lion line, thence with J. C. Lion's line North 6-15 East Two Hundred Fifty (250) feet to iron pin in center of surface-treated road, thence along center of said road North 51-30 East Two Hundred Eight-three (283) feet to the beginning corner, containing One and Twenty-two One hundredths ( 1.22) acres, more or less, as per survey and plat made by J. Coke Smith & Son, dated June 6, 1955, and being bounded on the North by road, on the East by lands of Duckworth and G. H. Garrett, on the South by G. H. Garrett, and on the West by J. C. Lion.

    ALSO: All that certain lot of land with improvements thereon situate in Williamston Township, Anderson County, State of South Carolina, and in School District #1, just outside the corporate limits of the Town of Williamston, and fronting two hundred twenty-two (222) feet on the West side of the Old Pelzer Road, and being triangular in shape, more fully shown as to metes and bounds

on a plat of same made by J. Coke Smith, Surveyor, on January 9, 1949, recorded in the Office of the Clerk of Court for Anderson County, South Carolina, in Plat Book 20 at Page 26.

ALSO: All that certain lot or parcel of land, situate in Williamston Township, Anderson County, State of South Carolina, containing Twenty-three One-hundreds (23/100) of an acre, more or less, being accurately shown by a plat of H. Beaumonde Drake, Surveyor, dated June I, 1941, recorded in the Clerk of Court's Office for Anderson County, South Carolina, in Plat Book 15, Page 111, as follows:

BEGINNING at a corner in the South side of the Williamston-Pelzer road, and the East side of a proposed new road twenty feet wide, as shown on said plat, and running thence S 8° W 190 feet to corner, thence S 86 1/4° E 65 feet to corner, thence N 3 1/2° E 223 feet to corner in road, thence S 47 1/2 °W along said road to the beginning corner, bounded on the North by land of J. Wake Holliday, road intervening, on the East and South by lands of C. B. Drake, and on the West by lands of Bert Stone, with twenty (20) feet roadway dedicated by C. B. Drake for said purpose intervening.

ALSO: All that certain piece, parcel or lot of land situate, lying and being in Williamston Township, School District No. 1, County of Anderson, State of South Carolina, containing Fifty-three One-hundredths (.53) of an acre, more or less, and being more particularly shown and designated as the western portion of a 1.50 acre tract of land as shown on a plat made by James L. Strickland, Land Surveyor No. 4042, dated November, 1981, which is of record in the Office of the Clerk of Court for Anderson County, South Carolina, in Plat Book 89, at Page 387, and having the metes and bounds, courses and distances as upon said plat appear, and being all of the property lying on the Western and Northwestern side of the old property line as shown on said plat. BEGINNING at a point in the center of Old Pelzer Road running thence N 4-33 W 418.7 to an I. P., running thence N 71-59E 142.9 feet to I. P. 0., running thence S 10-40 W 456.85 feet to an I. P. New, thence continuing S I0-40- W 45 feet to a point in the center of Old Pelzer Road, thence running S 50-54 W 23.2 feet to the point of beginning. The above described property being the Southwestern portion of a tract of land owned by Eden Brown Investment Group, Inc., a corporation, of record in the Office of the Clerk of Court for Anderson County, S.C., in Plat Book 87, at Page 790. It is the intention of Eden Brown Investment Group, Inc., to convey all of its right, title and interest in the 1.50 acre lot as shown on the above mentioned plat made by James L. Strickland, Land Surveyor No. 4042, dated November, 1981. Said property being bounded on the North by other lands of Eden Brown Investment Group. Inc., on the East and Southeast by the remaining portion of the 1.50 acre tract of land lying on the East and Southeastern side of property line as shown on said plat; on the South by Old Pelzer Road and on the West by other lands of Eden Brown Investment Group, Inc.

This is the same property conveyed to the Grantor herein by Deed of Milton Jay Simmons and Harry K. Major dated January *5,* 1995 and recorded on January 13, 1995 in the RMC Office for Anderson County, South Carolina in Deed Book 2023 at Page 206.

11. Hwy 29 North
    Anderson, SC
    Anderson County
    Titled to: Mosley Real Estate and Development, Inc.
    TMS: 174-05-01-005
    ALL that piece, parcel or lot of land situate, lying and being in Broadway Township, Anderson County, State of South Carolina, containing 0.81 acres, more or less, lying on the Southeast side of U.S. Highway 29, as shown on a plat by Farmer& Simpson Engineers, RLS, dated June 17, 1980, and recorded in the Office of the Clerk of Court for Anderson County in Plat Book 86 at Page 980, reference to said plat is hereby craved for the metes and bounds thereof.
    This is the same property conveyed to the Grantor herein by Deed of Bobby Mosley dated May 3, 1985 and recorded on May 9*,* 1985 in the RMC Office for Anderson County, South Carolina in Deed Book 20-M at Page 676.
    This property is conveyed subject to rights-of-way, easements, restrictive covenants, setback lines, public roads and conditions of record and actually existing on the ground affecting said properly hereinabove described.

12. 295 Channel Drive
    Naples, FL 34108
    Collier County
    Titled to: Bob Mosley
    TMS: 27483240004
    Lot I, Block D, Conner's Vanderbilt Beach Estates, Unit No.1, according to the Plat thereof recorded in Plat Book 3, Page 8, of the Public Records of Collier County, Florida.

13. 1243 Piedmont Hwy
    Piedmont, SC
    Greenville County
    Titled to: Mosley Real Estate and Development, Inc.
    TMS: WG06020200800
    ALL that piece, parcel or tract of land, with improvements thereon, shown as Lots I, 2, and 3 on Plat recorded in the RMC Office for Greenville County, S.C., in Plat Book J, Page 125, said lots being located west of Highway 20 (Piedmont Highway) consisting of 5.61 acres, more or less, in the County of Greenville, State of S. C., and shown on the Greenville County Tax Maps for 1973 as Lots 6, 7, and 8 on Sheet WG 6.2 Block 2.
    This is the same property conveyed to the Grantor herein by Deed of Robert P. Seibel and Nancy M. Seibel dated August 30, 1991 and recorded on September

3, 1991 in the RMC Office for Greenville County, South Carolina in Deed Book 1447 at Page 78.

This property is conveyed subject to rights-of-way, easements, restrictive covenants, setback lines, public roads and conditions of record and actually existing on the ground affecting said property hereinabove described.

14. 100 Autumn Blaze Trail
    Williamston, SC
    Anderson County
    Titled to: J. Michael and Leslie D. Caldwell
    TMS: 166-02-02-001-000
    ALL those certain pieces, parcels or lots of land, lying arid being situate in the State of South Carolina, County of Anderson, being shown and designated as Lot No. 61 and Lot No. 62 according to a "Final Plat for Chestnut Springs,Phase I, Sheet 2", prepared by Robert R. Spearman, RLS #3615, dated August 9, 1999 and recorded in Plat Slide 1107, at Pages 3 and 4 in the R/D Office for Anderson County, South Carolina, reference to said plat being hereby made for a more complete metes and bounds description thereof.
    This is a portion of the same property conveyed unto the Grantor herein by deed from T. Walter Brashier dated 1/26/99 and recorded 1/29/99 in the Office of the Anderson County Register of Deeds in Deed Book 3240 at Page 194.

    The above described property is subject to any and all easements and/or rights of way for roads, utilities, drainage, etc. as may appear of record and/or on the premises and to any and all restrictions, covenants or zoning ordinances affecting such property as may appear of record. The above described property is specifically subject to restrictions governing said property as appear in the Register of Deeds Office for Anderson County, South Carolina in Book 2738, page 183 and Book 3740, page 214, Supplemental Restrictions at Book 3781, page 118, Amendment to Restrictions at Book 4848, page 206, and Consent to Amendment in Book 4848; page 212.

15. 107 Greenridge Drive
    Easley, SC
    Anderson County
    Titled to: Michael Caldwell and Leslie Caldwell
    TMS: 190-07-01-032
    All that certain piece, parcel or lot of land situate, lying and being in Brushy Creek Township, County of Anderson, State of South Carolina, containing 0. 75 acres, more or less and being more particularly shown an described as Lot No. 14, on a plat by Nu-South Surveying, Inc., dated February 15, 1995, of record in the Office of the Clerk of Court for Anderson county in Plat Slide 598 at page 7, and having the metes and bounds, courses and distances as upon said plat appear; being bounded according to said aforementioned plat on the Northeast by Green Crest

19

Way, on the Southeast by Green Ridge Drive, on the Southwest by Lot No. 13 and on the Northwest by Lot No. 15.

This is the same piece, parcel or lot of land conveyed unto Fred Hartwig and Martha Hartwig by deed of Greenfield Ridge, dated June 25, 1997 and recorded in the Office of the Clerk of Court for Anderson County in Deed book 2663 at page 313.

This conveyance is made subject to Restrictions for Greenfield Ridge of record in Book 1075 at page 306 and Book 2162 at page 001.

16. 4803 South Ocean Blvd.
    Lot 4, Block 2, Long Bay Estates
    Surfside Beach, SC 29575
    Horry County
    Titled to: No Egrets, LLC
    Registered Agent J. Michael Caldwell
    TMS: 186-14-08-002
    All that certain piece, parcel or lot of land situate, lying and being in Socastee Township, Horry County, South Carolina, and being known and designated as Lot 4, Block 2, Long Bay Estates Subdivision, Myrtle Beach, South Carolina, as shown on a map of Blocks One (l) and Two (2) of the Long Bay Estates Subdivision may be T. M. Jordan, C. E. dated September 8, 1953, and recorded in the Office of the Register of Deeds for Horry County, South Carolina, in Plat Book 14 at Page 8 on September 23, 1953, said Plat being specifically incorporated herein by reference thereto and craved for a metes and bounds description thereof.

                  WILLIAM N. NETTLES
                  UNITED STATES ATTORNEY

By:  s/William J. Watkins, Jr.
      William J. Watkins, Jr. (#7863)
      Assistant United States Attorney
      55 Beattie Place, Suite 700
      Greenville, SC 29601
      (864)282-2100

November 19, 2013