IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number: 6:13-747 |
| ) | |
| vs. ) | |
| ) | |
| BOBBY MOSLEY, SR. ) | |
| J. MICHAEL CALDWELL ) | |
| GATEWAY SYSTEMS, LLC ) | |
| GATEWAY GAMING, LLC ) | **MOTION TO CONTINUE** |
| FRONTIER SOFTWARE ) | |
|    SYSTEMS, LLC ) | |
| FRONTIER GAMING, INC. ) | |

COMES NOW the United States of America by and through its undersigned attorneys and would move the Court for an Order continuing this case from the September 25, 2014, term of court until the next term of court. This continuance is requested due to the fact that a continuance is in the best interest of the parties, and serves the interest of justice at this time.

On or about September 24, 2014, the undersigned attorney indicates that he consulted with Richard Harpootlian, Esq., counsel for Defendants, and has obtained his consent to a continuance on behalf of all the defendants. Defense Counsel Harpootlian indicated that all defendants consent and agree to waive their right to a speedy trial during the time that the case is continued.

Therefore, the ends of justice in granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. Should the Court grant this

motion, the extended time would be excludable under the provisions of Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B) of the Speedy Trial Act of 1974.

        Respectfully submitted,

        WILLIAM N. NETTLES
        UNITED STATES ATTORNEY


By:   s/ Max Cauthen
      MAX B. CAUTHEN, III
      Assistant United States Attorney
      Federal I.D. No. 6732
      55 Beattie Place, Suite 700
      Greenville, South Carolina 29601

September 24, 2014