IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No: 6:13-747 |
| | ) |
| **v.** | ) |
| | ) |
| **BOBBY MOSLEY, SR.,** | ) |
| **J. MICHAEL CALDWELL** | ) |
| **FRONTIER SOFTWARE SYSTEMS, LLC,** | ) |

## FINAL ORDER OF FORFEITURE

Pursuant to Rule 32.2(c)(2), Fed.R.Crim.P., the Court issues this Final Order of Forfeiture. On December 21, 2014, pursuant to Rule 32.2(b), the Court entered a Preliminary Order of Forfeiture ("POF") (ECF No. 468), on the motion of the United States, with the consent of defendants Bobby Mosley, Sr., Frontier Software Systems, LLC, and J. Michael Caldwell. The POF ordered the forfeiture of the below-listed property totaling $20 million (collectively, the "Subject Property"), consisting of bank account funds, currency, and funds from Merrill Lynch accounts.

Thereafter, pursuant to Rule 32.2 (b)(6), the Government provided notice of the forfeiture to actual and potential claimants to the Subject Property. ECF Nos. 477-79. The time periods for filing third-party petitions to contest forfeiture has now closed, with no petitions having been filed, and with no requests for additional time to file having been received or granted by the Court.

### THE SUBJECT PROPERTY

The Subject Property is more particularly described as follows:

**Funds from Bank Accounts**

a.  $10,737.30, seized October 9, 2013, from the Alexander Investment Properties account no. xxxxx7558, authorized signer J. Michael Caldwell
(Asset #: 14-IRS-000144)

b.  $12,000.00, seized October 9, 2013, from the Atlantic Edge, LLC, account no. xxxxx8333, with the Commercial Bank, in the name of J. Michael Caldwell, with the Commercial Bank,
(Asset #: 14-IRS-000145)

c.  $485.00, seized October 9, 2013, from the Autumn Blaze Diversified account no. xxxxx5784, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000146)

d.  $84,571.36, seized October 9, 2013, from the BBB Ventures, LLC, account no. xxxxx8184, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000072)

e.  $150,386.01, seized October 9, 2013, from the Best Amusement, Inc., account no. xxxxx2691, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000073)

f.  $173,835.21, seized October 9, 2013, from the Best Gaming Illinois account no. xxxxx8473, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000147)

g.  $66,499.27, seized October 9, 2013, from the Best Times, LLC, account no. xxxxx8176, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000075)

h.  $552.92, seized October 9, 2013, from the Bestcheck, Inc., account no. xxxxx1577, with the Commercial Bank, authorized signer Starita Mosley
(Asset #:14-USS-000076)

i.  $17,201.78, seized October 9, 2013, from the bluCat Software Florida, LLC, account no. xxxxx7020, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000077)

j.  $1,134.66, seized October 9, 2013, from the bluCat Software North Carolina, LLC, account no. xxxxx7095, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.

(Asset #:14-USS-000078)

k. $12,097.29, seized October 9, 2013, from the Blue Streak Bids, LLC, account no. xxxxx8556, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000148)

l. $9,460.00, seized October 9, 2013, from the Blue Streak Holding Co, account no. xxxxx6022, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000149)

m. $798,785.19, seized October 9, 2013, from the Bobby G. Mosley, Sr., account no. xxxxx0266, with the Commercial Bank, authorized signers Bobby G. Mosley, Sr., and Starita Mosley
(Asset #:14-USS-000081)

n. $20,485.70, seized October 9, 2013, from the BSD Ventures, LLC, account no. xxxxx8168, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000082)

o. $21,974.48, seized October 9, 2013, from the Cardinal Xpress, LLC, account no. xxxxx7038, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000150)

p. $66,346.15, seized October 9, 2013, from the Crimson Sky, LLC, account no. xxxxx7293, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
Asset #:14-USS-000084)

q. $3,773.78, seized October 9, 2013, from the Discount Amusements, Inc., account no. xxxxx1809, with the Commercial Bank, in the name of Bobby G. Mosley, Sr.
(Asset #:14-USS-000085

r. $18,255.22, seized October 9, 2013, from the Dixie Land Company, LLC, account no. xxxxx7871, with the Commercial Bank, authorized signers Bobby G. Mosley Sr. and Starita Mosley
(Asset #:14-USS-000086)

s. $132,881.87, seized October 9, 2013, from the Enterprise Performance Solutions, account no. xxxxx7608, with the Commercial Bank, authorized signer Robert A. Mashburn (Gateway employee)
(Asset #:14-USS-000087)

t. $54,637.61, seized October 9, 2013, from the Flint Systems, LLC, account no. xxxxx6113, with the Commercial Bank, authorized signer Bobby G Mosley, Sr.
(Asset #:14-USS-000088)

u. $1,185.90, seized October 9, 2013, from the Frontier Alaska, LLC, account no. xxxxx7301, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000089)

v. $18,412.87, seized October 9, 2013, from the Frontier California account no. xxxxx8572, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000090)

w. $12,666.09, seized October 9, 2013, from the Frontier Florida, LLC, account no. xxxxx8523, with the Commercial Bank, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000091)

x. $4,571.30, seized October 9, 2013, from the Frontier Kentucky, LLC, account no. xxxxx7178, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000092)

y. $1,699.04, seized October 9, 2013, from the Frontier Maryland, LLC, account no. xxxxx8499, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000093)

z. $1,000.00, seized October 9, 2013, from the Frontier Michigan account no. xxxxx7368, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000094)

aa. $9,576.08, seized October 9, 2013, from the Frontier Missouri account no. xxxxx8531, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000095)

bb. $1,245,595.46, seized October 9, 2013, from the Frontier NC, LLC, account no. xxxxx7954, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000096)

cc. $1,000.00, seized October 9, 2013, from the Frontier New Jersey account no. xxxxx8457, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000097)

dd. $103,368.52, seized October 9, 2013, from the Frontier New York, LLC, account no. xxxxx8598, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000098)

ee. $37,813.10, seized October 9, 2013, from the Frontier Ohio, LLC, account no. xxxxx8465, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000099)

ff. $8,882.46, seized October 9, 2013, from the Frontier Pennsylvania, LLC, account no. xxxxx7327, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000100)

gg. $41,963.16, seized October 9, 2013, from the Frontier SC, LLC, account no. xxxxx8432, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000101)

hh. $680,081.88, seized October 9, 2013, from the Frontier Software Systems, Inc., Escrow account no. xxxxx7988, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000102)

ii. $669,018.44, seized October 9, 2013, from the Frontier Software/Frontier Gaming account no. xxxxx2948, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr. (Asset #:14-USS-000103)

jj. $13,056.03, seized October 9, 2013, from the Gateway 2 Gaming, LLC, account no. xxxxx8374, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000151)

kk. $1,119,398.52, seized October 9, 2013, from the Gateway Gaming/Gateway Systems account no. xxxxx1981, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000152)

ll. $436,375.56, seized October 9, 2013, from the J. Michael Caldwell account no. xxxxx9667, with the Commercial Bank,

      (Asset #:14-IRS-000153)

mm.  $77,524.74, seized October 9, 2013, from the Maverick System, LLC, account no. xxxxx8358, with the Commercial Bank, authorized signers J. Michael Caldwell and Starita Mosley
(Asset #:14-IRS-000154)

nn.  $133,441.32, seized October 9, 2013, from the MREAD account no. xxxxx8227, with the Commercial Bank, authorized signers Bobby G. Mosley, Sr., and Starita Mosley
(Asset #:14-USS-000108)

oo.  $45,703.37, seized October 9, 2013, from the Red Baron Aviation, LLC, account no. xxxxx8234, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000109)

pp.  $17,444.38, seized October 9, 2013, from the Silver Creek, LLC, account no. xxxxx1973, with the Commercial Bank, authorized signers Bobby G. Mosley, Sr., and J. Michael Caldwell
(Asset #:14-IRS-000155)

qq.  $9,511.44, seized October 9, 2013, from the Silver Sky Systems, LLC, account no. xxxxx8424, with the Commercial Bank, authorized signers J. Michael Caldwell and Starita Mosley
(Asset #:14-IRS-000156)

rr.  $25,697.30, seized October 9, 2013, from the Sonik Florida account no. xxxxx7996, with the Commercial Bank, authorized signer Bobby G. Mosley Sr.
(Asset #:14-USS-000112)

ss.  $823.58, seized October 9, 2013, from the Sonik Kentucky, LLC, account no. xxxxx7087, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000113)

tt.  $297,939.32, seized October 9, 2013, from the Sonik, LLC, account no. xxxxx8341, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000114)

uu.  $1,000.00, seized October 9, 2013, from the Sonik Maryland, LLC, account no. xxxxx7376, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000115)

vv. $1,551.83, seized October 9, 2013, from the Sonik Missouri, LLC, account no. xxxxx8481, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000116)

ww. $16,033.12, seized October 9, 2013, from the Sonik NC, LLC, account no. xxxxx8309, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000117)

xx. $1,000.00, seized October 9, 2013, from the Sonik New Jersey, LLC, account no. xxxxx7335, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000118)

yy. $7,491.10, seized October 9, 2013, from the Sonik New York, LLC, account no. xxxxx7343, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000119)

zz. $20,310.93, seized October 9, 2013, from the Sonik Ohio, LLC, account no. xxxxx7970, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000120)

aaa. $1,000.00, seized October 9, 2013, from the Sonik Pennsylvania account no. xxxxx8580, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000121

bbb. $2,263.12, seized October 9, 2013, from the Sonik SC, LLC, account no. xxxxx7947, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000122)

ccc. $17,717.24, seized October 9, 2013, from the Sonik Texas, LLC, account no. xxxxx8416, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000123)

ddd. $2,481.74, seized October 9, 2013, from the Starita Mosley Irrevocable Trust, account no. xxxxx2472, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000124)

eee. $4,000.00, seized October 9, 2013, from the Tribal Holding Co., LLC, account no. xxxxx7269, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000157)

fff. $183,824.84, seized October 9, 2013, from the Winter Sky, account no. xxxxx6006, with the Commercial Bank, authorized signer Bobby G. Mosley, Sr.
(Asset #:14-USS-000126)

ggg. $40,906.98, seized October 9, 2013, from the Xavier Air, LLC, account no. xxxxx8226, with the Commercial Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-000158)

hhh. $157,051.72, seized October 9, 2013, from No Egrets, LLC, account no. xxxx-7571, with Arthur State Bank, authorized signer J. Michael Caldwell
(Asset #:14-IRS-001337)

**Currency**

a. $53,422.00 in U.S. currency, seized October 9, 2013, from the residence of Bobby G. Mosley, Sr.
(Asset #: 14-USS-000965)

b. $7,808.00 in U.S. currency, seized October 9, 2013, from the residence of J. Michael Caldwell
(Asset #: 14-USS-000967)

c. $1,331.00 in U.S. currency, seized October 9, 2013, from a warehouse located at 1243 Piedmont Hwy, Greenville, South Carolina
(Asset #: 14-USS -000968)

d. $40,000 in U.S. currency, seized October 24, 2013, from the Commercial Bank safe deposit box number 379, lessees Bobby Mosley, Jr., and Starita Mosley
(Asset #: 14-USS-000970)

e. $150,156.00 in U.S. currency, seized October 24, 2013, from the Commercial Bank safe deposit box number 405, lessees Bobby Mosley, Jr., and Starita Mosley
(Asset #: 14-USS-000971)

**Funds from Merrill Lynch Accounts**

a.   $6,736,658.37 from Merrill Lynch account no. xxx-x2373 (Bobby Mosley, Sr., and Starita Mosley JTWROS
(Asset #: 14-USS-000162)

b.   $5,884,141.35 from Merrill Lynch account no. xxx-x1590 (J. Michael Caldwell and Leslie Caldwell JTWROS)
(Asset #: 14-IRS-000133)

Having considered all matters of record, it is ORDERED, ADJUDGED and DECREED, that the Subject Property is hereby forfeited to the United States, to be disposed of as provided for by law.  All other right, title, and interests in and to the Subject Property by any other persons or entities are hereby forever extinguished and barred, and clear title to the Subject Property is vested in the United States, with no other liens or encumbrances thereon.  Additionally, pursuant to the terms of the POF (Par.6), it is ORDERED that the following prior orders related to seized or restrained property are hereby VACATED:

- Post-Indictment Restraining Order against various real properties (ECF No. 22);
- Order allowing Merrill Lynch to manage seized accounts of the Defendants (ECF No. 371); and,
- Protective orders related to seized vehicles and conveyances (ECF Nos. 361, 389.

The Clerk, United States District Court, shall provide one certified copy of this Order to the United States Attorney's Office.

IT IS SO ORDERED.

                                                                           s/Bruce H. Hendricks
Bruce Howe Hendricks
United States District Judge

____Greenville_____, South Carolina

February 25, 2015